# UNITED STATES DISTRICT COURT
## for the
## Southern District of Georgia
## Savannah Division

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Chad Fitzgerald McCoy ) | Case No: 4:13-CR-00007-9 |
| ) | USM No: 17903-021 |
| Date of Original Judgment: October 18, 2013 ) | William G. Bell, III |
| Date of Previous Amended Judgment: Not Applicable ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment, if any)* | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __46__ months **is reduced to** __37 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

```
U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
                          M
              3/16  2015
         Deputy Clerk
```

Except as otherwise provided above, all provisions of the judgment dated __October 18, 2013,__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __March 16, 2015__

Judge's signature

William T. Moore, Jr.
Judge, U.S. District Court
Southern District of Georgia
*Printed name and title*

Effective Date: __November 1, 2015__
*(if different from order date)*