PROB 35
(Rev. 6/17)

Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2019 DEC 13 PM 12:09

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA

v.

Chad Fitzgerald McCoy

Crim. No. 4:13CR00007-9

On October 18, 2016, the above named was placed on supervised release for a period of five years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Chad Fitzgerald McCoy be discharged from supervision.

Respectfully submitted,

_____
Ervin G. Frazier, II
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in the case be terminated.

Dated this _13th_ day of December, 2019.

_____
William T. Moore, Jr.
Judge, U.S. District Court